**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| FRANCIS J. PULLANO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:10-cv-00335-KJD-LRL |
| v. ) | |
| ) | **O R D E R** |
| CLARK COUNTY DETENTION CENTER, *et al.*,) | |
| ) | |
| Defendants. ) | |
| _____) | |

Before the court is plaintiff's Motion for Enlargement of Time (Second Request) (#26). No opposition has been filed. Plaintiff's Complaint (#3) was filed on June 4, 2010. Thereafter, plaintiff was able to effect service on some defendants but not others. On October 25, 2010, the court granted plaintiff's first Motion for Enlargement of Time (#11). Order (#14). Pursuant to that order, plaintiff had until December 16, 2010 to effect service on the unserved defendants. Plaintiff represents that he worked diligently to obtain accurate contact information for seven of the unserved defendants and had new summonses issued on November 18 and 30, 2010. Plaintiff is concerned that despite his diligence, the U.S. Marshal may not be able to effect service on these defendants until after the cutoff date of December 16, 2010. He therefore asks the court to extend the deadline for service up to sixty additional days. Defendants do not oppose the motion and therefore consent to the granting of the motion. LR 7-2(d). For that reason, and for good cause otherwise shown, the court will extend the service deadline by an additional forty-five days from the date of this order. This is the last extension of time for service that the court will grant.

Accordingly, and for good cause shown,

. . .

. . .

IT IS ORDERED that plaintiff's Motion for Enlargement of Time (Second Request) (#26) is GRANTED.  Plaintiff shall effect service on the unserved defendants not later than February 28, 2011.

DATED this 13th day of January, 2011.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**