# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FRANCIS J. PULLANO,

     Plaintiff,                     Case No. 2:10-CV-00335-KJD -LRL

v.                               **ORDER**

CCDC GUARD, #8170, *et al*.,

     Defendants.

Before the Court is Plaintiff's Motion to Stay and/or Delay (#87).  Plaintiff seeks a stay of all proceedings pending the Ninth Circuit's decision on his appeal.  The Ninth Circuit has dismissed Plaintiff's appeal for lack of jurisdiction (#90).

**IT IS HEREBY ORDERED THAT**  Plaintiff's Motion to Stay and/or Delay (#87) is **DENIED** as moot.

DATED this 11th day of August 2011.

_____
Kent J. Dawson
United States District Judge