# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FRANCIS J. PULLANO,

    Plaintiff,

v.

CCDC GUARD#8170, *et al.*,

    Defendants.

Case No. 2:10-CV-00335-KJD-VCF

**ORDER**

    Before the Court is Plaintiff's Motion for Reconsideration (#102). Plaintiff seeks reconsideration of Magistrate Judge Leavitt's Order (#14) denying Plaintiff's request for appointment of counsel.

    Under 28 U.S.C. 636(b)(1), the Court will reconsider a magistrate judge's order that is clearly erroneous or contrary to law. Plaintiff fails to point to any authority or facts showing that Judge Leavitt's Order was contrary to law or was clearly erroneous. Judge Leavitt's order left open the possibility that counsel could be appointed after Defendants answered Plaintiff's complaint.[1] If Plaintiff believes that this case warrants appointment of counsel, he should file another motion seeking appointment of counsel.

    **IT IS HEREBY ORDERED** that Plaintiff's Motion for Reconsideration (#102) is **DENIED**.

DATED this 21st day of October 2011.

                                            Kent J. Dawson
                                            United States District Judge

---

[1] This case was reassigned to Magistrate Judge Cam Ferenbach on 10/17/2011.  (#116.)