THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 384-4012
Facsimile: (702) 383-0701
tdillard@ocgas.com
Attorney for Defendants
CCDC, Gillespie, Kirkegard,
Arb, Wesley, Wolfe and Escobar

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

FRANCIS J. PULLANO,

        Plaintiff,

vs.

P#8170, CCDC GUARD; ARB, CCDC
GUARD; MARY BRAMMER,
NAPHCARE NURSE; CASEY,
NAPHCARE NURSE; CLARK COUNTY
DETENTION CENTER (CCDC);
ESCUBAR, CCDC GUARD; JUDY
FRANK, NAPHCARE NURSE; DOUGLAS
GILLESPIE, SHERIFF; NANCY
GOODMAN, NAPHCARE NURSE;
LEROY KIRKEGARD, CCDC CAPTAIN;
MITCHELL, CCDC GUARD; NAPHCARE
INC.; REBECCA NEWMAN, HEALTH
CARE ADMINISTRATOR; ELIJAH
NOLASCO, NAPHCARE NURSE; JOE
VENTUMA, NAPHCARE NURSE;
WESLEY, CCDC SERGEANT; WOLF,
CCDC GUARD; I-X NAPHCARE
EMPLOYEES, DOE; XI-XX CCDC
EMPLOYEES, DOE

        Defendants.

CASE NO.:   2:10CV335-JAD-VCF

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Plaintiff Francis J. Pullano ("Plaintiff") and Defendants CCDC, Gillespie, Kirkegard,

Arb, Wesley, Wolfe and Escobar ("Defendants") (collectively the "Parties"), each acting by and

1  through their undersigned counsel or in Proper Person, hereby Stipulate and Agree pursuant to

2  Fed. R. Civ. Pro. 41(a)(1)(A)(ii) that all claims and causes of action asserted by Plaintiff against

3  Defendants CCDC, Gillespie, Kirkegard, Arb, Wesley, Wolfe and Escobar, as set forth in the

4  Plaintiff's Complaint, shall be dismissed with prejudice, with each party to bear their own

5  attorneys' fees and costs.

6

7  DATED this 14 day of August, 2015.

8  OLSON, CANNON, GORMLEY
9  ANGULO & STOBERSKI

10

11  THOMAS D. DILLARD, JR., ESQ.                FRANCIS I. PULLANO
Nevada Bar No. 006270                        900 Brush Street., #308
12  9950 West Cheyenne Avenue                    Las Vegas, Nevada 89107
Las Vegas, Nevada  89129                     Plaintiff in Proper Person
13  Attorney for Defendant
Clark County

14

15

16

17                              **ORDER**

18

19      Based on this stipulation and the parties' representation at today's status conference that

20  the settlement with the CCDC/LVMPD defendants resolves all remaining claims, with good cause

21  appearing and no reason for delay, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

22  that all remaining claims in this case are dismissed with prejudice, each side to bear its own fees

23  and costs.  The Clerk of Court is directed to enter final judgment accordingly and close this case.

24      Dated:  August 18, 2015.

25

26                                         UNITED STATES DISTRICT JUDGE

27

28

Law Offices of
OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada  89129
(702) 384-4012   Telecopier (702) 383-0701