ALVERSON, TAYLOR, MORTENSEN & SANDERS
SHIRLEY BLAZICH, ESQ. (#008378)
MICHAEL MCLOUGHLIN, ESQ. (#012820)
DANIELLE OTERO, ESQ. (#014253)
6605 Grand Montecito Pkwy., Suite 200
Las Vegas, NV 89149
(702) 384-7000 / (702) 385-7000 Facsimile
efile@alversontaylor.com
Attorneys for Defendants
JUDY FRANK; ELIAS S. NOLASCO
(incorrectly named as "ELIJAH NOLASCO");
JOSEPH VENTURINA (incorrectly
named as "JOE VENTUMA"); and
NANCY GOODMAN

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

**

| | |
|---|---|
| FRANCIS J. PULLANO,<br><br>Plaintiff,<br><br>vs.<br><br>#8170, CCDC GUARD; ARB, CCDC GUARD; MARY BRAMMER, NAPHCARE NURSE; CASEY, NAPHCARE NURSE; CESAR ESCOBAR, P#7992; JUDY FRANK, NAPHCARE NURSE; NANCY GOODMAN, NAPHCARE NURSE; MITCHELL, CCDC GUARD; REBECCA NEWMAN, HEALTH CARE ADMINISTRATOR; ELIJAH NOLASCO, NAPHCARE NURSE; JOE VENTUMA, NAPHCARE NURSE; WESLEY, CCDC SERGEANT; and WOLF, CCDC GUARD,<br><br>Defendants. | Case No. 2:10-CV-00335-JAD-VCF<br><br>**NOTICE OF SETTLEMENT AND PROPOSED ORDER TO VACATE SETTLEMENT CONFERENCE** |

COME NOW, Plaintiff FRANCIS J. PULLANO, by and through his attorney of record, Angela Lizada, Esq. of the Lizada Law Firm, Ltd. And Defendants JUDY FRANK, ELIAS S. NOLASCO (incorrectly named as "ELIJAH NOLASCO"), JOSEPH VENTURINA (incorrectly

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

-1-

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

1    named as "JOE VENTUMA"), and NANCY GOODMAN, by and through their attorneys of

2    record, Shirley Blazich, Esq. and Michael T. McLoughlin, Esq. of Alverson, Taylor, Mortensen

3    & Sanders, and hereby notify the Court that the Parties have agreed on the terms of a settlement

4    of the claims asserted by Plaintiff FRANCIS J. PULLANO against Defendants JUDY FRANK,

5    ELIAS S. NOLASCO (incorrectly named as "ELIJAH NOLASCO"), JOSEPH VENTURINA

6    (incorrectly named as "JOE VENTUMA"), and NANCY GOODMAN, subject to the execution

7    of formal settlement documents which are currently being drafted for filing with the Court. As

8    such, the parties request the Court vacate the scheduled June 29, 2017 settlement conference as

9    moot.

10    DATED this 22nd day of June, 2017.

11    ALVERSON, TAYLOR, MORTENSEN & SANDERS

12

13    By    */s/ Michael McLoughlin, Esq.*
      SHIRLEY BLAZICH, ESQ. (#008378)
      MICHAEL MCLOUGHLIN, ESQ. (#012820)

14    DANIELLE OTERO, ESQ. (#014253)
      6605 Grand Montecito Pkwy., Suite 200

15    Las Vegas, NV 89149
      *Attorneys for Defendants*

16    JUDY FRANK; ELIAS S. NOLASCO (incorrectly named as "ELIJAH NOLASCO"); JOSEPH
      VENTURINA (incorrectly named as "JOE VENTUMA"); and NANCY GOODMAN

17

18    *Approved as to Form and Content:*

19    DATED this 22nd day of June, 2017.

20

21    By    */s/ Angela J. Lizada, Esq.*
      ANGELA J. LIZADA, ESQ. (#11637)
      LIZADA LAW FIRM

22    501 S. 7th St.
      Las Vegas, NV 89101

23    *Attorneys for Plaintiff*

24

18877-SB
notice of settlement & order to vacate settlement conf.doc

## ORDER

IT IS SO ORDERED. The June 29, 2017 settlement conference is vacated as moot in light of the parties agreeing to the terms of settlement regarding the remaining claims in this matter.

DATED this _____22nd_____ day of June, 2017

UNITED STATES DISTRICT COURT JUDGE/
UNITED STATES MAGISTRATE JUDGE

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

18877-SB
notice of settlement & order to vacate settlement conf.doc

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June, 2017, I served the foregoing **NOTICE OF SETTLEMENT AND PROPOSED ORDER TO VACATE SETTLEMENT CONFERENCE** via Electronic Service from CM/ECF upon the following:

ANGELA J. LIZADA, ESQ. (#11637)
LIZADA LAW FIRM
501 S. 7th St.
Las Vegas, NV 89101

*Attorneys for Plaintiff*

An Employee of
ALVERSON, TAYLOR, MORTENSEN & SANDERS