ALVERSON, TAYLOR, MORTENSEN & SANDERS
SHIRLEY BLAZICH, ESQ. (#008378)
MICHAEL MCLOUGHLIN, ESQ. (#012820)
DANIELLE OTERO, ESQ. (#014253)
6605 Grand Montecito Pkwy., Suite 200
Las Vegas, NV 89149
(702) 384-7000 / (702) 385-7000 Facsimile
efile@alversontaylor.com
Attorneys for Defendants
JUDY FRANK; ELIAS S. NOLASCO
(incorrectly named as "ELIJAH NOLASCO");
JOSEPH VENTURINA (incorrectly
named as "JOE VENTUMA"); and
NANCY GOODMAN

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*

| | |
|---|---|
| FRANCIS J. PULLANO,<br><br>Plaintiff,<br><br>vs.<br><br>#8170, CCDC GUARD; ARB, CCDC GUARD; MARY BRAMMER, NAPHCARE NURSE; CASEY, NAPHCARE NURSE; CESAR ESCOBAR, P#7992; JUDY FRANK, NAPHCARE NURSE; NANCY GOODMAN, NAPHCARE NURSE; MITCHELL, CCDC GUARD; REBECCA NEWMAN, HEALTH CARE ADMINISTRATOR; ELIJAH NOLASCO, NAPHCARE NURSE; JOE VENTUMA, NAPHCARE NURSE; WESLEY, CCDC SERGEANT; and WOLF, CCDC GUARD,<br><br>Defendants. | Case No. 2:10-CV-00335-JAD-VCF<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANTS JUDY FRANK, ELIAS S. NOLASCO, JOSEPH VENTURINA, and NANCY GOODMAN, WITH PREJUDICE**<br><br>ECF No. 201 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff FRANCIS J.

PULLANO, individually; and Defendants JUDY FRANK; ELIAS S. NOLASCO (incorrectly

1

SB-18877

names as "ELIJAH NOLASCO"); JOSEPH VENTURINA (incorrectly names as "JOE VENTUMA"); and NANCY GOODMAN, by and through their respective undersigned attorneys of record, that Defendants JUDY FRANK, ELIAS S. NOLASCO, JOSEPH VENTURINA, and NANCY GOODMAN, be dismissed, with prejudice. JUDY FRANK, ELIAS S. NOLASCO, JOSEPH VENTURINA, NANCY GOODMAN, and Plaintiff agree to each bear their own fees and costs regarding the dismissed claims.

Nothing in this Stipulation is intended to entitle or limit the prevailing party/parties from recovering any fees and costs that may be claimed or have been claimed by other parties who were a part of this litigation.

IT IS SO STIPULATED this 1st day of August, 2017.

| LIZADA LAW FIRM | ALVERSON, TAYLOR, MORTENSEN & SANDERS |
|---|---|
| By: /s/ Angela J. Lizada<br>ANGELA J. LIZADA, ESQ. (#11637)<br>LIZADA LAW FIRM<br>501 S. 7th St.<br>Las Vegas, NV 89101<br>**Attorneys for Plaintiff** | By: /s/ Shirley Blazich<br>SHIRLEY BLAZICH, ESQ. (#008378)<br>MICHAEL MCLOUGHLIN, ESQ. (#012820)<br>DANIELLE OTERO, ESQ. (#014253)<br>6605 Grand Montecito Pkwy., Suite 200<br>Las Vegas, NV 89149<br>**Attorneys for Defendants**<br>JUDY FRANK; ELIAS S. NOLASCO (incorrectly named as "ELIJAH NOLASCO"); JOSEPH VENTURINA (incorrectly named as "JOE VENTUMA"); and NANCY GOODMAN |

**ORDER**

Based on the parties' stipulation [ECF No. 201] and good cause appearing, IT IS HEREBY ORDERED that this case is DISMISSED with prejudice, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
August 15, 2017

2

SB-18877